79,119-03.

TO: Court of Criminal Appesals
    Abel Acosta ,Clerk
    P.O.Box 12308
    Capitol Station
    Austin,Texas 78711

FROM: Dale Richard Adams #1653939
      2661 FM 2054 Coffield Unit
      Tennessee Colony, Texas 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

RE: Enclosure

Dear Court of Criminal Appeals:

    Please find enclosed an original copy of the Application
for Writ of Double Jeopardy to be filed in your office. Thank
you for your time and GOD BLESS.

                    Cordially

                    Dale Richard Adams
                        #1653939

                    Date 11-15-2015

Writ No._____

EXPARTE                          §        IN THE COURT OF CRIMINAL

DALE RICHARD ADAMS               §        APPEALS FOR THE

APPLICANT                        §        STATE OF TEXAS

---

FACTS IN SUPPORT OF THE APPLICATION

FOR WRIT OF DOUBLE JEOPARDY

---

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

FACTS IN SUPPORT OF THE

APPLICATION FOR

WRIT OF DOUBLE JEOPARDY

---

GROUND 1: DOUBLE JEOPARDY

FACTS SUPPORTING GROUND 1:

1.In the 2nd Judicial District Court of Cherokee County, Texas, on July 1-2010, Judge Dwight L.Phifer in case #17661 Convicted Applicant in the Plea Bargain of Indecency with a child. Exhibit (A).

2.In the 2nd Judicial Distric Court of Cherokee Count, Texas, on July 1-2010, Judge Dwight L.Phifer in case #17661 Convicted Applicant of a higher level offense of Aggrivated Sexual Assault of a Child. Exhibit (B).

3.In the 2nd Judicial District Court of Cherokee County, Texas, on July 1-2010, Judge Dwight L. Phifer in a NUnc Pro Tunc Convicted Applicant of Indecency with a child. Exhinit (C).

4. Arrest of Judgement. Exhibit (D).

(SEE ALSO MEMORANDUM OF LAW SUPPORTING GROUND ONE)

Writ No._____

| | | |
|---|---|---|
| EXPARTE | § | IN THE COURT OF CRIMINAL |
| DALE RICHARD ADAMS | § | APPEALS FOR THE |
| APPLICANT | § | STATE OF TEXAS |

---

MEMORANDUM OF LAW IN SUPPORT OF THE

APPLICATION FOR WRIT OF DOUBLE JEOPARDY

---

MEMORANDUM OF LAW IN SUPPORT

OF THE APPLICATION FOR

WRIT OF DOUBLE JEOPARDY

---

GROUND 1: DOUBLE JEOPARDY

## THE ARGUMENT

In _Bench_ trials, Jeopardy attaches when both sides announce ready and the defendant pleads to the indictment.

The Double Jeopardy Cause"_DOES_" prevent retrial under the following circumstances;

1. A conviction of a lesser included offense"_PREVENTS_,(to keep from occuring.)",the _PROSECUTION_,(to conduct legal proceedings against.)"of a higher level offense. The reverse is also true. Example; Prior Conviction of the main offense prohibits the prosecution of a lesser included offense.See Exparte Jefferson, 681 S.W.2d 33 (Tex Crim App 1984).

In the 2nd Judicial District Court of Cherokee County,Texas,on July 1-2010,Judge Dwight L.Phifer in case #17661 Convicted Applicant in the Plea Bargain of a lesser included offense of Indecency with a child. Exhibit (A).

Also in the 2nd Judicial District Court of Cherokee County, Texas, on July 1-2010 Dwight L.Phifer in case #17661 Convicted Applicant of a higher level offense of Aggrivated Sexual Assault of Child. Exhibit (B).

Double Jeopardy objections are not waived simply because the issue was not raised earlier on appropriate occassions.Objections can be raised at any time.A guilty plea does not bar relief from Double Jeopardy Violations.Exparte Fortune,797 S.W.2d 929(TexCrimApp 1990).

The Fifth Amendment of the United States Constitution prohibits a person from being subject to Two Trials,( the HEARING and DECIDING OF A CASE IN A Court of Law.),for the same offense.

In the 2nd Judicial District Court of Cherokee County,Texas, on November 23-20110, Judge Dwight L. Phifer Granted a Nunc Pro Tunc Convicting Applicant of Indecency with a child.Exhibit (C).

By the Court using the Nunc Pro Tunc,(a proceeding in a criminal case), after the courts Arrest of Judgment,Exhibit (D), put Applicant in Jeopardy of Two Trials. Because the Applicants Arrest of Judgment in Plea Bargain. Then by Order Granting Nunc Pro Tunc(a proceeding in a criminal case) the Court HEARD and DECIDED,(TRIAL), to Grant the Nunc Pro Tunc. Subjecting Applicant to a second Trial. Convicting Applicant of Indecency with a child. The same offense of Conviction in Plea Bergain.

## SUMMARY

_ By the Court Convicting Applicant in Plea Bargain of Indecency with a child,(a lesser included offense) and then a Conviction of Aggrivate Sexual Assault of a Child,(a higher level offense), and the Court Granting the Nunc Pro Tunc after the Courts Arrest of Judgment of Plea Bargain did put Applicant in a second Trial, (HEARING and DECIDING of a Case in a Court of Law). The Facts in above application will show that the Applicant was put in Double Jeopardy, not once but twice!

INMATE'S DECLARATION


I, Dale Richard Adams, am the applicant and being presently incarcerated in TDCJ Coffield Unit, declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.


*Dale Adams*
Dale Richard Adams
#1653939


Date 11-15-2015

PRAYER

Comes now, Dale Richard Adams, in Application above and Prays the Court will Grant the Writ of Double Jeopardy and the relief to which he may be entitled in this Application.

GOD BLESS EVERYONE AND THEIR FAMLIES !

# Exhibit A

## CAUSE NO. 17661 COUNT I
### TRN# 9182797293 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE SECOND JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| DALE RICHARD ADAMS<br>SID# 07792187 | § | CHEROKEE COUNTY, TEXAS |

### PLEA BARGAIN AGREEMENT AND DEFENDANT'S
### WAIVER AND STATEMENTS

OFFENSE CHARGED IN INDICTMENT: COUNT I: ~~AGGRAVATED SEXUAL ASSAULT OF CHILD~~ INDECENCY WITH A CHILD

_X_ First Degree _X_ Second Degree ___ Third Degree ___ State Jail

Enhancements: ___ One prior felony ___ Two priors ___ Deadly Weapon

OFFENSE TO WHICH DEFENDANT WILL PLEAD: _X_ GUILTY ___ NO CONTEST

**OFFENSE COUNT I:** ~~AGGRAVATED SEXUAL ASSAULT OF CHILD~~ INDECENCY WITH A CHILD

_X_ First Degree _X_ Second Degree ___ Third Degree ___ State Jail ___ Enhancement

FINE IN THE AMOUNT OF $_____

_____ PAYABLE AT TIME OF PLEA ___ PAYABLE AS A CONDITION OF PROBATION

CONFINEMENT IN THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR **TWENTY (20) YEARS**.

CONFINEMENT IN A STATE JAIL FACILITY FOR _____

PROBATION OF THE ABOVE CONFINEMENT FOR _____ YEARS

DEFERRED ADJUDICATION PROBATION FOR _____ YEARS

RESTITUTION IN THE AMOUNT OF $_____ PAYABLE AS FOLLOWS:

ATTORNEY FEES OF $_____ PAID TO CHEROKEE COUNTY

DISMISSAL OF: -0-

SIGNED this the _____1st_____ day of _____July_____,
20_10_.

_____
**COUNSEL FOR DEFENDANT**

_____
**DEFENDANT**

_____
**COUNSEL FOR STATE**

_____
**JUDGE PRESIDING**

**FILED**
AT _1:48_ O'CLOCK _P_ M.

JUL - 1 2010

JANET GATES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY_____ DEPUTY

SCANNED

# Exhibit B

# CAUSE NO. 17661 COUNT I
## TRN: 9182797293 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE SECOND JUDICIAL |
| | § | |
| | § | DISTRICT COURT OF |
|  | § | |
| DALE RICHARD ADAMS | § | CHEROKEE COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX07792187 | § | |
| | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. **DWIGHT L. PHIFER** | Date Judgment Entered: | **7/1/2010** |
|---|---|---|---|
| Attorney for State: | RACHEL L. PATTON | Attorney for Defendant: | TONDA L. CURRY |

Offense for which Defendant Convicted:

**COUNT I: AGGRAVATED SEXUAL ASSAULT OF CHILD**

| Charging Instrument: **INDICTMENT** | Statute for Offense: **22.021(a) (2) (B) Penal Code** | |
|---|---|---|

Date of Offense:
**6/15/2007**

| Degree of Offense: **1ST DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **N/A** |
|---|---|---|

Terms of Plea Bargain:
**TWENTY (20) YEARS INSTITUTIONAL DIVISION, TDCJ**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: **7/1/2010** | Date Sentence to Commence: **7/1/2010** |
|---|---|

| Punishment and Place of Confinement: | **TWENTY YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY**.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: $ | Court Costs: $ ~~4910~~ | Restitution: $ | Restitution Payable to: ☐ VICTIM(s) (see below) $ |
|---|---|---|---|

☐ AGENCY/AGENT (see below)
DPS Lab     $
**Cherokee County for Court Appointed Attorney fees**
$

---

**Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62**

The age of the victim at the time of the offense was 8 .

| Time Credited: | *103* DAYS |
|---|---|

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.
**N/A DAYS    NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

SCANNED

This cause was called for trial in Cherokee County, Texas. The State appeared by her District Attorney.

### Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the **Office of the Cherokee County District Clerk, Rusk, Texas.** Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the **Sheriff of Cherokee County, Texas** on the date the sentence is to commence. Defendant shall be confined in the Cherokee County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the **Office of the Cherokee County District Clerk, Rusk, Texas.** Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the **Office of the Cherokee County District Clerk, Rusk, Texas.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

PURSUANT TO TEXAS C.C.P ART 12.45 THE COURT WILL TAKE INTO CONSIEDERATION COUNT II (CONTINUOUS SEXUAL ABUSE) OF FELONY IDICTED CAUSE # 17661

---

**Signed and entered on** 7-1-10

X [signature]

DWIGHT L. PHIFER
JUDGE PRESIDING

Clerk: mb

FILED
AT 1:40 O'CLOCK P.M.
JUL 1 2010
JANE GATES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY_____ DEPUTY

Right Thumbprint

# Exhibit C

NO. 17661

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 2ND JUDICIAL |
| VS | § | DISTRICT COURT OF |
| DALE RICHARD ADAMS | § | CHEROKEE COUNTY, TEXAS |

## MOTION NUNC PRO TUNC

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the State of Texas and moves the Court to reform the Judgment of Conviction by court-Waiver of Jury Trial in this cause to correctly reflect that the offense for which the defendant convicted be Indecency with a child.

On or about the 1st day of July, 2010, the Judgment of Conviction by court-Waiver of Jury Trial was signed by Judge Dwight Phifer of the 2nd Judicial District Court. Said Judgment should correctly reflect that the offense for which the defendant convicted be Indecency with a child.

WHEREFORE, the State prays and moves this Honorable Court to correctly reflect that the offense for which the defendant convicted be Indecency with a child.

RESPECTFLLY SUBMITTED,

ATTORNEY FOR STATE
P. O. BOX 450
RUSK, TEXAS 75785
STATE OF TEXAS BAR NO. _____
RACHEL 24039030

FILED FOR RECORD
2010 NOV 19 AH 9: 41
JANEY GATES
CLERK DISTRICT COURT
CHEROKEE COUNTY TEXAS
BY _____ DEPUTY

DOCUMENTS/NUNCPROTUNC/

## NO. 17661

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 2ND JUDICIAL |
| VS | § | DISTRICT COURT OF |
| **DALE RICHARD ADAMS** | § | CHEROKEE COUNTY, TEXAS |

### ORDER GRANTING NUNC PRO TUNC

Came to be heard this date the Motion for Nunc Tunc and same being approved by the Court, IT IS THEREFORE ORDERED that the Judgment correctly reflect that the offense for which the defendant convicted be Indecency with a child.

SIGNED AND ENTERED this the 23rd day of November 2010.

_____
JUDGE PRESIDING

FILED
FOR RECORD
2010 NO 23 PM 3:43

JANET GAMES
CLERK DISTRICT COURT
CHEROKEE COUNTY TEXAS
BY_____
DEPUTY

# Exhibit D

# CAUSE NO. 17661

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 2ND JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| DALE RICHARD ADAMS | § | CHEROKEE COUNTY, TEXAS |

## WAIVER OF TIME TO FILE MOTION FOR NEW TRIAL AND ARREST OF JUDGMENT

COMES NOW, the Defendant after punishment has been assessed and before sentence has been imposed, and in writing and in open Court, waives the time provided in the Texas Code of Criminal Procedure, for the filing of a motion in Arrest of Judgment or Motion for New Trial.

## WAIVER OF APPEAL

I, the undersigned Defendant, in writing and in open Court, and joined by my counsel and after being duly sentenced in accordance with the punishment assessed, state that I understand my right to appeal the conviction herein, as provided in the Texas Code of Criminal Procedure, and that if I am indigent and desire to appeal, counsel will be appointed at no cost to me. I, the undersigned defendant, understanding all rights in this connection, freely, voluntarily and intelligently waive and abandon my right of appeal in this case.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

FILED
AT _____ O'CLOCK ____
JUL - 1 2010
JANET _____
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY_____ DEPUTY

SCANNED